IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-cr-40043-JPG |
| ) | |
| GEORGE L. SAMPLE, ) | |
| Reg. No. 21985-424, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER is before the Court on counsel's Motion to Withdraw and "No Merits" Statement (Doc. 175) and the Court having been fully advised in the premises hereby **ORDERS** that the defendant and the government have until October 25, 2013, to respond to counsel's Motion to Withdraw and "No Merits" Statement. The Court **DIRECTS** the Clerk of Court to send a copy of this order to

George L. Sample, Reg. No. 21985-424
FCI MCDOWELL
Federal Correctional Institution
P.O. Box 1009
Welch, WV 24801

IT IS SO ORDERED.

Dated this 9th day of October, 2013.

s/ J. Phil Gilbert
J. PHIL GILBERT
U.S. DISTRICT JUDGE